# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DAMON LAMONT WHEELER,**

        Plaintiff,

v.                                                      Case No. 23-1036-DDC-KGG

**KANSAS DEPARTMENT OF LABOR,**

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**The Report and Recommendation issued by United States Magistrate Judge Kenneth G. Gale on March 13, 2023 (Doc. 5) is ACCEPTED, ADOPTED, and AFFIRMED.  The court thus dismisses this action with prejudice consistent with the Memorandum and Order (Doc. 7) entered on April 18, 2023.**

   04/18/2023                                                         SKYLER B. O'HARA  
      Date                                                               CLERK OF THE DISTRICT COURT

                                                                               by:   s/ Megan Garrett  
                                                                                         Deputy Clerk